**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 JUL 18 AM 9:20

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No.  24-cr-100-KHR |
| Plaintiff, | |
| v. | **Ct 1:  18 U.S.C. § 2252A(a)(5)(B), (b)(2)** (Possession and Access with Intent to View Child Pornography - Subsequent Offense) |
| **GREGORY SCOTT GAGE, JR.,** | |
| Defendant. | **Ct 2:  18 U.S.C. § 1466A(b)(1) and (d)(4)** (Obscene Visual Representation of the Sexual Abuse of Children - Subsequent Offense) |
| | **\*\*FORFEITURE NOTICE\*\*** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about February 26, 2023, through and including on or about June 21, 2024, in the District of Wyoming, the Defendant, **GREGORY SCOTT GAGE, JR.**, did knowingly possess and access with intent to view material containing images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involve prepubescent minors, and which were produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce, namely a LG V30 smartphone, which is not a product of Wyoming.

In violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

### COUNT TWO

From on or about February 26, 2023, through and including on or about June 21, 2023, in the District of Wyoming, the Defendant, **GREGORY SCOTT GAGE, JR.**, did knowingly possess visual depictions, namely cartoons and computer and AI generated images, that depict

minors engaging in sexually explicit conduct and that are obscene, and which were produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce, namely a LG V30 smartphone, which is not a product of Wyoming.

In violation of 18 U.S.C. § 1466A(b)(1) and (d)(4).

## FORFEITURE NOTICE

1.      The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2.      As authorized by 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A, the Defendant, **GREGORY SCOTT GAGE, JR**, shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A or any matter which contains any such visual depiction, which was possessed, produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A; and any personal property used or intended to be used to commit and to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, a LG V30 smartphone, Model: LG-VS996, IMEI: 358041082999741.

A TRUE BILL:

_INK SIGNAUTRE ON FILE_
FOREPERSON

_____
ERIC HEIMANN
Acting United States Attorney

2

## PENALTY SUMMARY

**DEFENDANT NAME:**       **GREGORY SCOTT GAGE, JR.**

**DATE:**                July 16, 2024

**INTERPRETER NEEDED:**  No

**VICTIM(S):**           Yes

**OFFENSE/PENALTIES:**

    **Ct: 1**   **18 U.S.C. § 2252A(a)(5)(B), (b)(2)**
(Possession and Access with Intent to View Child Pornography - Subsequent Offense)

10-20 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015
Up To $17,000 Special Assessment And Mandatory Restitution Of Not Less Than $3,000 Per Requesting Victim Pursuant To The Amy, Vicky, And Andy Child Pornography Victim Assistance Act Of 2018

    **Ct: 2**   **18 U.S.C. § 1466A(b)(1)(A) and (d)(4)**
(Obscene Visual Representation of the Sexual Abuse of Children - Subsequent Offense)

10-20 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment

**TOTALS:**              20-40 Years Imprisonment
Up To $500,000 Fine
5 Years To Life Supervised Release
$200 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015
Up To $17,000 Special Assessment And Mandatory Restitution Of Not Less Than $3,000 Per Requesting Victim Pursuant To The Amy, Vicky, And Andy Child Pornography Victim Assistance Act Of 2018

1

2

**AGENT:**                      Ryan Hieb, HSI/ICAC

**AUSA:**                       Z. Seth Griswold, Assistant United States Attorney

**ESTIMATED TIME OF
TRIAL:**                        2 to 4 days

**WILL THE GOVERNMENT
SEEK DETENTION IN THIS
CASE:**                         Yes

**ARE THERE DETAINERS
FROM OTHER
JURISDICTIONS:**                No